In the Supreme Court

RTBL<sup>e</sup> on the third monday in September 1810

*The United States of America*
*vs.*

*John Whipple*

12 oct<sup>ber</sup>. 1808.

The United States *of America to the Marshall of the territory of Michigan:* You are hereby commanded that you take [Joh]n Whipple, if to be found within the territory of Michigan, and him Safely Keep, So that you may have his body before our judges [of ou]r Supreme Court to be holden at Detroit, on the third monday in September instant, to Satisfy us of fifty dollars for a fine [pron]ounced against him in our Said Supreme Court on the twelfth day of october one thousand eight hundred eight, and also [Seve]nteen dollars, Seventy Seven cents adjudged to us for our Costs and Charges; and also fifty cents for this writ, whereof the Said [Joh]n is convicted, and have then there this writ. Witness Augustus B. Woodward, chief judge of our [Said] Supreme Court the fifth day of September one thousand eight hundred ten.　　　　　　　　　　Peter Audrain, [clk.]　S.C.T.M.

[Indorsement]

The fine settled with the treasurer. Costs due.
W^M Scott.